FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION, INC.** a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's reply brief is due on September 6, 2022. However, the appellant has filed a motion requesting an extension of time to file its reply brief. The motion is GRANTED. The appellant's reply brief is due on or before **September 16, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court